

ATTORNEYS AT LAW

Chrysler Building
405 Lexington Avenue | 36th Floor
New York, New York  10174-0002
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Ethan Horwitz
Shareholder
(212)380-9617 Direct Dial
ehorwitz@carltonfields.com

September 27, 2017

**Via ECF**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Uni-Systems, LLC v. United States Tennis Association, Inc., et al.,
      Case No. 1:17-cv-00147-KAM-CLP; Docket Entry 111

Dear Judge Pollak:

In accordance with the Court's Order dated on September 11, 2017, all of the parties have conferred regarding the necessity and extent of continuing access restrictions to the transcript of the September 6, 2017 hearing in the above-referenced matter.

The parties have agreed that the transcript should be released to the parties for attorneys' eyes only, subject to the right of any party to move for the removal of restrictions following review.  A Proposed Order is enclosed for your convenience.

CARLTON FIELDS JORDEN BURT, P.A.


By:/s/ Ethan Horwitz
   Ethan Horwitz


cc:  All Parties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNI-SYSTEMS, LLC,

*Plaintiff*,

*vs*.                                                                     **[PROPOSED] ORDER**
                                                                          17 CV 147 (KAM) (CLP)

U.S. TENNIS ASSOCIATION, et al.,

*Defendants*.
------------------------------------------------------------X

It is hereby ORDERED, that the Transcript of the September 6, 2017 hearing be released to the parties, upon their request, FOR ATTORNEY'S EYES ONLY, subject to the right of any party after review of the transcript to move for the removal of restrictions.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York

_____, 2017

_____
Cheryl L. Pollak
United States Magistrate Judge