UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNI-SYSTEMS, LLC,

*Plaintiff*,

vs.

U.S. TENNIS ASSOCIATION, et al.,

*Defendants*.
-----------------------------------------------------------X

[PROPOSED] ORDER
17 CV 147 (KAM) (CLP)

It is hereby ORDERED, that the Transcript of the September 6, 2017 hearing be released to the parties, upon their request, FOR ATTORNEY'S EYES ONLY, subject to the right of any party after review of the transcript to move for the removal of restrictions.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
Sept. 28, 2017

/s/ Cheryl Pollak
Cheryl L. Pollak
United States Magistrate Judge