# EXHIBIT C

Case 1:17-cv-00147-KAM-RER    Document 260-1    Filed 09/07/18    Page 2 of 6 PageID #: 4709

Jerome J. Connor • Susan Faraji

# Fundamentals of Structural Engineering

## Second Edition

 Springer

Case 1:17-cv-00147-KAM-RER    Document 260-1    Filed 09/07/18    Page 3 of 6 PageID #: 4710

Jerome J. Connor
Department of Civil & Environmental
   Engineering
Massachusetts Institute of Technology
Cambridge, MA, USA

Susan Faraji
Department of Civil & Environmental Engineering
University of Massachusetts-Lowell
Lowell, MA, USA

ISBN 978-3-319-24329-0        ISBN 978-3-319-24331-3    (eBook)
DOI 10.1007/978-3-319-24331-3

Library of Congress Control Number: 2015958840

Springer Cham Heidelberg New York Dordrecht London
© Springer International Publishing Switzerland 2013, 2016
This work is subject to copyright. All rights are reserved by the Publisher, whether the whole or part of the material is concerned, specifically the rights of translation, reprinting, reuse of illustrations, recitation, broadcasting, reproduction on microfilms or in any other physical way, and transmission or information storage and retrieval, electronic adaptation, computer software, or by similar or dissimilar methodology now known or hereafter developed.
The use of general descriptive names, registered names, trademarks, service marks, etc. in this publication does not imply, even in the absence of a specific statement, that such names are exempt from the relevant protective laws and regulations and therefore free for general use.
The publisher, the authors and the editors are safe to assume that the advice and information in this book are believed to be true and accurate at the date of publication. Neither the publisher nor the authors or the editors give a warranty, express or implied, with respect to the material contained herein or for any errors or omissions that may have been made.

Printed on acid-free paper

Springer International Publishing AG Switzerland is part of Springer Science+Business Media (www.springer.com)

Case 1:17-cv-00147-KAM-RER    Document 260-1    Filed 09/07/18    Page 4 of 6 PageID #: 4711

## 6.2    Modeling of Arch Structures

We idealize an arch structure as a curved member restrained at its ends with a combination of fixed, hinged, and roller supports. Figure 6.10 illustrates various types of end conditions. Case (a) corresponds to full end fixity, a condition that is difficult to achieve. The more common case is (b) where the abutments can prevent translation but not rotation. We refer to this structure as a two-hinged arch. The third case, (c), corresponds to a "tied arch structure" where the ends are interconnected with a tension member. This scheme is used when the abutments are not capable of resisting the horizontal thrust action of the arch.

If the arch is a bridge, the roadway may be connected above the structure as in Fig. 6.11a, or below the structure as in Fig. 6.11b. When placed above, the deck weight is transmitted by compression members to the arch. Decks placed below the arch are supported by cables. Both loading cases are idealized as a uniform loading *per horizontal projection* as shown in Fig. 6.11c. In some cases, soil backfill is placed between the roadway and the arch. The soil loading is represented as a nonuniform loading whose shape is defined by the arch geometry. Figures 6.11d, e illustrate this case.

The structures in Fig. 6.10 are statically indeterminate. We can reduce the two-hinge arch to a statically determinate structure by converting it to a three-hinge arch. The additional hinge is usually placed at mid-span as shown in Fig. 6.12.

In this chapter, we first present a general theory of statically determinate curved members and then specialize the general theory for three-hinge arches. We treat statically indeterminate arches later in Chap. 9.

**Fig. 6.10** Indeterminate Arch structures with various end fixity conditions. (**a**) Fully fixed Arch—3° indeterminate. (**b**) Two-hinged arch—1° indeterminate. (**c**) Tied arch—1° indeterminate



Case 1:17-cv-00147-KAM-RER    Document 260-1    Filed 09/07/18    Page 5 of 6 PageID #: 4712



**Fig. 6.11** Different roadway arrangements—idealized loading. (**a**) Roadway above the arch. (**b**) Roadway below the arch. (**c**) Idealized uniform dead loading. (**d**) Soil backfill above the arch. (**e**) Idealized soil loading

Case 1:17-cv-00147-KAM-RER    Document 260-1    Filed 09/07/18    Page 6 of 6 PageID #: 4713



**Fig. 6.12** Three-hinge arch

---

## 6.3    Internal Forces in Curved Members

We consider the statically determinate curved member shown in Fig. 6.13a. We work with a Cartesian reference frame having axes $X$ and $Y$ and define the centroidal axis of the member by the function, $y = y(x)$. The vertical loading is assumed to be expressed in terms of the horizontal projected length. These choices are appropriate for the arch structures described in the previous section. We determine the reactions using the global equilibrium equations.

The applied load is equilibrated by internal forces, similar to the behavior of a straight beam under transverse load. To determine these internal forces, we isolate an arbitrary segment such as AC defined in Fig. 6.13b. We work initially with the internal forces referred to the $X - Y$ frame and then transform them over to the local tangential/normal frame. Note that now there may be a longitudinal force component as well as a transverse force component, whereas straight beams subjected to transverse loading have no longitudinal component.

Enforcing equilibrium leads to the general solution for the internal forces.

$$
\begin{aligned}
F_x &= -R_{Ax} \\
F_y &= -R_{Ay} + \int_0^x w(x)\,\mathrm{d}\xi \\
M &= xR_{Ay} - yR_{Ax} - \int_0^x w(x)\xi\,\mathrm{d}\xi
\end{aligned}
\tag{6.1}
$$

Lastly, we transform the Cartesian force components $(F_x, F_y)$ over to the tangential/normal frame $(F, V)$. Noting Fig. 6.14, the transformation law is

$$
\begin{aligned}
F &= F_y \sin\theta + F_x \cos\theta \\
V &= F_y \cos\theta - F_x \sin\theta \\
\tan\theta &= \frac{\mathrm{d}y}{\mathrm{d}x}
\end{aligned}
\tag{6.2}
$$

In order to evaluate the axial $(F)$ and shear forces $(V)$, we need to specify the angle $\theta$ between the tangent and the horizontal axis. This quantity depends on $y(x)$, the function that defines the shape of the centroidal axis.