# EXHIBIT H

Case 1:17-cv-00147-KAM-RER    Document 260-6    Filed 09/07/18    Page 2 of 4 PageID #: 4777

# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms
## Fifth Edition

**Sybil P. Parker**
Editor in Chief

ARNOLD, WHITE & DURKEE
AUSTIN LIBRARY

**McGraw-Hill, Inc.**

New York    San Francisco    Washington, D.C.
Auckland    Bogotá    Caracas    Lisbon    London    Madrid    Mexico City    Milan
Montreal    New Delhi    San Juan    Singapore    Sydney    Tokyo    Toronto

**On the cover: Photomicrograph of crystals of vitamin B$_1$.**
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed. *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0     DOW/DOW     9 9 8 7 6 5 4

ISBN 0-07-042333-4

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms /
   Sybil P. Parker, editor in chief..—5th ed.
      p.    cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.   2. Technology—Dictionaries.
  I. Parker, Sybil P.
  Q123.M34   1993
  503—dc20               93-34772
                              CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

area

ere c in
est ,en-

le total
ystem,
m )
h time,
ication

ə,form

l }
kwən

rson at
rest·in

tween
of the

r long
itions;
r )
lonous
l flow-
or less

ints in
single,
ocules

( ,res·

s after
ries of
,mag·

z ref-

g the
rity of

turn a
store
olatile

ement
in an

with
xit of

pinter
eased

ining
e has

which
trän·

, and
in a
trant

ove-
irec-

any
sult.
life,
ling-

ghly
rtain
han-

ions

identified by an area on the surface of the earth within which the flight of aircraft is subject to restrictions. **2.** An area within which vessels may be navigated subject to prohibitions with respect to anchoring, trawling, fishing, and so on. { ri'strik·təd 'er·ē·ə }

**restricted basin** [GEOL] A depression in the floor of the ocean in which the water circulation is topographically restricted and therefore generally is oxygen-depleted. Also known as barred basin; silled basin. { ri'strik·təd 'bās·ən }

**restricted function** [COMPUT SCI] A function of the operating system that cannot be used by application programs. { ri'strik·təd ,fəŋk·shən }

**restricted gate** [ENG] Small opening between runner and cavity in an injection or transfer mold which breaks cleanly when the piece is ejected. { ri'strik·təd 'gāt }

**restricted internal rotation** [PHYS CHEM] Restrictions on the rotational motion of molecules or parts of molecules in some substances, such as solid methane, at certain temperatures. { ri'strik·təd in¦tərn·əl rō'tā·shən }

**restricted job** [IND ENG] A task whose performance time is governed by a machine, a process, another task, or the nature of the job itself, rather than being under the control of the worker. { ri'strik·təd 'jäb }

**restricted propellant** [AERO ENG] A solid propellant having only a portion of its surface exposed for burning while the other surfaces are covered by an inhibitor. { ri'strik·təd prə'pel·ənt }

**restricted proper motion** [ASTRON] The rate of change of a star's apparent position relative to surrounding stars, corrected for precession, nutation, and aberration. { ri'strik·təd 'präp·ər 'mō·shən }

**restricted waters** [NAV] Areas which for navigational reasons, such as the presence of shoals or other dangers, confine the movements of shipping within narrow limits. { ri'strik·təd 'wȯd·ərz }

**restricted work** [IND ENG] Manual or machine work where the work pace is only partially under the control of the worker. { ri'strik·təd 'wərk }

**restriction** [BIOCHEM] The degradation of foreign deoxyribonucleic acid by restriction endonucleases capable of recognizing particular patterns of specificity. { ri¦strik·shən }

**restriction endonuclease** [BIOCHEM] Any of the specific endonucleases that recognizes a short specific sequence within a deoxyribonucleic acid molecule and then catalyzes double-stranded cleavage of that molecule. Also known as endodeoxyribonuclease. { ri'strik·shən ¦en·dō'nü·klē,ās }

**restriction fragment** [BIOCHEM] Any of the individual polynucleotide sequences produced by digestion of deoxyribonucleic acid with a restriction endonuclease. { ri'strik·shən ,frag·mənt }

**restriction fragment length polymorphism** [MOL BIO] Variations in the length of restriction fragments resulting from action by a specific endonuclease. { ri¦strik·shən ¦frag·mənt ,leŋkth ,päl·i'mȯr,fiz·əm }

**restriction map** [MOL BIO] A diagram of a deoxyribonucleic acid molecule showing sites at which restriction endonucleases produce cleavage. { ri'strik·shən ,map }

**restriction of ego** [PSYCH] A defense mechanism for escaping anxiety by avoiding situations consciously perceived as dangerous or uncomfortable. { ri'strik·shən əv 'ē·gō }

**restriction site** [MOL BIO] A sequence in a deoxyribonucleic acid molecule that can be cleaved with a specific restriction endonuclease. { ri'strik·shən ,sīt }

**restrictive condition** [GEN] An environmental condition under which a conditional lethal mutant either cannot grow or shows the mutant phenotype. { ri¦strik·tiv kən¦dish·ən }

**rest stick** *See* mahlstick. { 'rest ,stik }

**reststrahlen** *See* residual radiation. { 'rest,sträl·ən }

**resue** [MIN ENG] To mine a very narrow vein by first stoping the rock wall on one side and then removing the ore. { rə'sü }

**resultant** *See* vector sum. { ri'zəl·tənt }

**resultant of forces** [MECH] A system of at most a single force and a single couple whose external effects on a rigid body are identical with the effects of the several actual forces that act on that body. { ri'zəlt·ənt əv 'fȯrs·əz }

**resultant rake** [MECH ENG] The angle between the face of a cutting tooth and an axial plane through the tooth point measured in a plane at right angles to the cutting edge. { ri'zəlt·ənt 'rāk }

**resultant wind** [CLIMATOL] The vectorial average of all wind directions and speeds for a given level at a given place for a certain period, such as a month. { ri'zəlt·ənt 'wind }

**resuperheating** *See* reheating. { rē¦sü·pər'hēd·iŋ }

**resupinate** [BOT] Inverted, usually through 180°, so as to appear upside down or reversed. { rē'sü·pə,nāt }

**resupply** [IND ENG] The act of replenishing stocks in order to maintain required levels of supply. { ¦rē·sə'plī }

**resurgence** [HYD] The point where an underground stream reappears at the surface to become a surface stream. Also known as emergence; exsurgence; rise. { ri'sər·jəns }

**resurgent** [GEOL] Referring to magmatic water or gases that were derived from sources on the earth's surface, from its atmosphere, or from country rock of the magma. { ri'sər·jənt }

**resurgent cauldron** [GEOL] A cauldron in which the cauldron block has been uplifted following subsidence, usually in the form of a structural dome. { ri'sər·jənt 'kȯl·drən }

**resurrected** [GEOL] Pertaining to a surface, landscape, or feature (such as a mountain, peneplain, or fault scarp) that has been restored by exhumation to its previous status in the existing relief. Also known as exhumed. [HYD] Pertaining to a stream that follows an earlier drainage system after a period of brief submergence has slightly masked the old course by a thin film of sediments. Also known a palingenetic. { ¦rez·ə¦rek·təd }

**resuscitation** [MED] Restoration of consciousness or life functions after apparent death. { ri,səs·ə'tā·shən }

**resuscitator** [ENG] A device for supplying oxygen to and inducing breathing in asphyxiation victims. { ri'səs·ə,tād·ər }

**ret** [CHEM] The reduction or digestion of fibers (usually linen) by enzymes. { ret }

**retained water** [HYD] The water remaining in rock or soil after gravity groundwater has been drained out. { ri'tānd 'wȯd·ər }

**retainer** [ENG] A device that holds a mechanical component in place. { ri'tān·ər }

**retainer plate** [ENG] The plate on which removable mold parts (such as a cavity or ejector pin) are mounted during molding. { ri'tān·ər ,plāt }

**retainer wall** [ENG] A wall, usually earthen, around a storage tank or an area of storage tanks (tank farm); used to hold (retain) liquid in place if one or more tanks begin to leak. { ri'tān·ər ,wȯl }

**retaining ring** [DES ENG] **1.** A shoulder inside a reaming shell that prevents the core lifter from entering the core barrel. **2.** A steel ring between the races of a ball bearing to maintain the correct distribution of the balls in the races. { ri'tān·iŋ ,riŋ }

**retaining wall** [CIV ENG] A wall designed to maintain differences in ground elevations by holding back a bank of material. { ri'tān·iŋ ,wȯl }

**retard** [CIV ENG] A permeable bank-protection structure, situated at and parallel to the toe of a slope and projecting into a stream channel, designed to check stream velocity and induce silting or accretion. { ri'tärd }

**retardant** *See* retarder. { ri'tärd·ənt }

**retardation** [MED] Slow mental or physical functioning. [NAV] The amount of delay in time or phase angle introduced by the resistivity of the surface over which the radio wave in radio navigation is passing. [OCEANOGR] The amount of time by which corresponding tidal phases grow later day by day, averaging approximately 50 minutes. [OPTICS] In interference microscopy, the difference in optical path between the light passing through the specimen and the light bypassing the specimen. Also known as optical-path difference. { ,rē,tär'dā·shən }

**retardation coil** [ELECTROMAG] A high-inductance coil used in telephone circuits to permit passage of direct current or low-frequency ringing current while blocking the flow of audio-frequency currents. { ,rē,tär'dā·shən ,kȯil }

**retardation plate** *See* wave plate. { ,rē,tär'dā·shən ,plāt }

**retardation sheet** *See* wave plate. { ,rē,tär'dā·shən ,shēt }

**retardation theory** [OPTICS] General methods of calculating the effect of one or more wave plates on light which is normally incident on the plates and which is initially polarized in some fashion. { ,rē,tär'dā·shən ,thē·ə·rē }

**retarded acid** [PETRO ENG] Oil well acidizing solution whose reactivity is slowed by addition of artificial gums and thickening agents, so that the acid penetrates deeper into the formation before being spent. { ri'tärd·əd 'as·əd }

**retarded field** [ELECTROMAG] An electric or magnetic field